**Exhibit B**

| | **Assignor, If Applicable** | **Deal Name** | **ISIN** | **Tranche** | **Purchase Amount** | **Sale Date, If Applicable** |
|---|---|---|---|---|---|---|
| 1 | Eurohypo | ACE 2005-AG1 | US004427CH14 | M6 | $ 10,741,000.00 | |
| 2 | Eurohypo | ACE 2005-HE5 | US004421RK18 | M6 | $ 13,711,000.00 | November 10, 2011 |
| 3 | Eurohypo | ACE 2005-HE5 | US004421RJ45 | M5 | $ 6,000,000.00 | November 10, 2011 |
| 4 | Barrington II | ACE 2005-WF1 | US004421QU09 | M6 | $ 3,540,000.00 | August 13, 2012 |
| 5 | Barrington II | ACE 2005-WF1 | US004421QT36 | M5 | $ 2,500,000.00 | August 13, 2012 |
| 6 | Eurohypo | ACE 2006-ASAP2 | US004421XN82 | M7 | $ 1,865,000.00 | |
| 7 | Eurohypo | ACE 2006-ASAP3 | US00442VAK35 | M5 | $ 4,250,000.00 | |
| 8 | | ACE 2006-ASAP5 | US004422AF88 | A2D | $ 7,914,240.00 | November 21, 2011 |
| 9 | | ACE 2006-HE1 | US004421WQ23 | A2D | $ 4,800,000.00 | November 21, 2011 |
| 10 | | ACE 2007-HE4 | US00442LAD10 | A2C | $ 3,120,000.08 | November 3, 2011 |
| 11 | | ACE 2007-WM2 | US00442KAE10 | A2D | $ 5,825,760.00 | November 10, 2011 |
| 12 | Barrington II | DBALT 2006-AR4 | US25150PAD15 | M1 | $ 10,984,000.00 | |
| 13 | Barrington II | FBRSI 2005-2 | US30246QAM50 | M6 | $ 19,630,000.00 | January 27, 2012 |
| 14 | Barrington II | FBRSI 2005-4 | US30246QBU67 | AV24 | $ 6,000,000.00 | November 21, 2011 |
| 15 | | GSAA 2005-6 | US36242D3W18 | A3 | $ 24,000,000.00 | July 7, 2011 |
| 16 | Eurohypo | JPALT 2006-A7 | US466286AT88 | 2A5 | $ 21,300,000.00 | August 10, 2012 |
| 17 | Eurohypo | JPMMT 2006-A5 | US46629CAQ06 | 4A2 | $ 16,373,000.00 | |
| 18 | Palmer Sq. 3 | NAA 2006-AR3 | US65537EAG98 | M1 | $ 5,429,000.00 | |
| 19 | Barrington II | NHELI 2005-FM1 | US65536HAJ77 | M4 | $ 5,135,000.00 | November 16, 2011 |
| 20 | Eurohypo | NHELI 2005-HE1 | US65536HBH03 | M6 | $ 9,552,000.00 | November 10, 2011 |
| 21 | Barrington II | NHELI 2006-WF1 | US65536RAG11 | M3 | $ 11,524,000.00 | November 21, 2011 |
| 22 | Barrington II | NHELI 2006-WF1 | US65536RAF38 | M2 | $ 10,000,000.00 | June 7, 2012 |