```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROYAL PARK INVESTMENTS SA/NA,

                                Plaintiff,        14-CV-08175 (LGS)(SN)

        -against-                                 ORDER

HSBC BANK USA NATIONAL ASSOCIATION,

                                Defendant.
-----------------------------------------------------------------X
-----------------------------------------------------------------X

BLACKROCK BALANCED CAPITAL
PORTFOLIO (FI), et al.,

                                Plaintiffs,       14-CV-09366 (LGS)(SN)

        -against-

HSBC BANK USA,

                                Defendant.
-----------------------------------------------------------------X
-----------------------------------------------------------------X

PHOENIX LIGHT SF LIMITED, et al.,

                                Plaintiffs,      14-CV-10101 (LGS)(SN)

        -against-

HSBC BANK USA, NATIONAL ASSOCIATION,

                                Defendant.
-----------------------------------------------------------------X
```

------------------------------------------------------------------X

**NATIONAL CREDIT UNION**
**ADMINISTRATION BOARD, et al.,**

      **Plaintiffs,**      **15-CV-02144 (LGS)(SN)**

   -against-

**HSBC BANK US, NATIONAL ASSOCIATION,**

      **Defendant.**

------------------------------------------------------------------X
------------------------------------------------------------------X

**COMMERZBANK A.G.,**

      **Plaintiff,**      **15-CV-10032 (LGS)(SN)**

   -against-

**HSBC BANK US, NATIONAL ASSOCIATION,**

      **Defendant.**

------------------------------------------------------------------X
------------------------------------------------------------------X

**TRIAXX PRIME CDO 2006-1, et al.,**

      **Plaintiffs,**      **15-CV-10096 (LGS)(SN)**

   -against-

**HSBC BANK USA, NATIONAL ASSOCIATION,**

      **Defendant.**
------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

  The parties' joint application to extend the fact discovery deadline for purposes of resolving outstanding party depositions to June 16, 2017 is GRANTED. The parties are reminded, however, that this is the fourth extension of the fact discovery deadline in this

2

consolidated action. Discovery will not be extended further. Applications to take one-off depositions beyond the June 16, 2017 deadline will not be permitted.

In addition, any future submission should reflect the docket number for NCUA v. HSBC as 15-cv-02144, not 14-cv-02144.

The Clerk of Court is respectfully directed to terminate the pending motions at ECF No. 327 in 14-cv-08175; ECF No. 354 in 14-cv-09366; ECF No. 250 in 14-cv-10101; ECF No. 253 in 15-cv-02144; ECF No. 206 in 15-cv-10032; and ECF No. 156 in 15-cv-10096.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     May 5, 2017
           New York, New York