USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2019

LAW OFFICES
## WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

KEVIN M. HODGES
(202) 434-5221
khodges@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

December 13, 2019

**Via ECF**

The Honorable Sarah Netburn
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 430
New York, NY 10007

    Re:    *Commerzbank AG v. HSBC Bank USA, National Association*, No. 15-cv-10032-LGS-SN (S.D.N.Y.)

Dear Judge Netburn:

    Commerzbank AG and HSBC Bank USA, N.A. (the "Parties") are pleased to report that they have reached a settlement in principle in this matter and are in the process of preparing documentation of their agreement. The Parties therefore respectfully request that all current deadlines that may apply in this case be held in abeyance while the parties memorialize the terms of their agreement. Within 30 days, the Parties will either file a notice of dismissal or provide the Court with an update on the status of their efforts.

        Respectfully submitted,

        */s/ Kevin M. Hodges*

        Kevin M. Hodges

---

In light of the parties' settlement in principle, all deadlines are held in abeyance for thirty days. By January 13, 2020, the parties shall file a notice of dismissal or status letter.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

December 13, 2019
New York, New York